**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDA NELSON, | CASE NO. CV F 11-0734 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| CITY OF FRESNO, et al., | |
| Defendants. | |

On July 8, 2011, Plaintiff filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED, including the July 20, 2011 motion hearing and the September 26, 2011 scheduling conference. The clerk is directed to CLOSE this action administratively.

IT IS SO ORDERED.

**Dated:   July 8, 2011**                         /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE